ALONSO, APELADO, v. MAYMÍ, APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección 2ª.

No. 861.—Resuelto en enero 23, 1913.

COSTAS—HONORARIOS DE ABOGADOS.—La palabra costas no incluye honorarios de abogados ni desembolsos y la parte condenada a pagar las costas, si no ha sido también expresamente condenada a pagar honorarios de abogados, no está obligada a satisfacerlos.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Manuel F. Rossy.*

Abogados del apelado: *Sres. Nemesio R. Canales y E. B. Wilcox.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

Se trata en este caso de una apelación interpuesta contra resolución que denegó el pago de ciertas partidas consignadas en un memorándum de costas, posteriores a la sentencia.

Interpuesta demanda por Agustín Alonso Sobrino contra Francisco Maymí Izquierdo en cobro de cuatro mil pesos, desistió el actor de su reclamación a lo que accedió la corte de distrito imponiéndole las costas. Entonces presentó el demandado un memorándum de costas que fué aprobado por la corte inferior y, apelada por el demandante esta resolución, fué luego desestimada esa apelación por esta Corte Suprema, después de lo cual el demandado presentó nuevo memorándum de costas comprensivo de cinco partidas, dos de ellas por costas de la secretaría, otra por notificación del memorándum y las dos restantes, cada una por $25, por honorarios del abogado del demandado devengados en la vista impugnando el primer memorándum de costas y en otra impugnando la reconsideración que solicitó el demandante de la orden que aprobó el primer memorándum de costas.

El segundo memorándum a que venimos refiriéndonos, fué impugnado por indebido, y resuelto por la corte inferior en 23 de marzo de 1912, aprobándolo sólo en cuanto a las costas en él reclamadas y denegando las partidas de honorarios de. abogado. Esta resolución ha sido apelada únicamente por el demandado y, por tanto, la sola cuestión que tenemos que resolver . ahora es si el juez de la corte inferior cometió o nó error al negar el pago de esas dos partidas por honorarios de abogados, ascendentes ambas a cincuenta pesos.

Sostiene el demandado apelante que tiene derecho a que el demandante le pague esas dos partidas de honorarios de su abogado, porque tanto la sentencia como la resolución que denegó la reconsideración pedida por el demandante, le condenó en las costas.

Dejando a un lado otros motivos que no son de resolver en este momento, ya que la apelación ha sido establecida únicamente por el demandado, diremos que, si el demandante debe pagar el segundo memorándum de costas, no pueden incluirse en él las partidas rechazadas por honorarios de abogado, ya que su pago no fué especialmente impuesto por la corte, la que sólo le condenó en costas.

Ya hemos resuelto en el caso de *Veve* v. *El Municipio de Fajardo,* 18 D. P. R., 764, que la palabra costas, que es la empleada en este caso por la corte inferior, se refiere sólo a los derechos e indemnizaciones que consistan en cantidades fijas e inalterables, determinadas anticipadamente por las. leyes, reglamentos o aranceles, y no a honorarios de abogados ni a desembolsos. Si, pues, el demandante no fué específicamente condenado al pago de honorarios de abogados, no erró la corte inferior al decidir en su resolución apelada que las dos partidas por ese concepto reclamadas por el demandado, quedaran excluídas de su memorándum y debe ser confirmada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y del Toro.